IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY PARKS MILLER, | : | Case No. 4:15-CV-1754 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| BERNARD CANTORNA, et. al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

May 11, 2016

In accordance with the Memorandum Opinion issued this date, **IT IS ORDERED THAT** Defendant Bernard Cantorna's Motion to Dismiss is GRANTED. ECF No. 34. Final judgment is entered in favor of Defendant Bernard Cantorna and against Plaintiff, Stacy Parks Miller.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge