IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY PARKS MILLER, | : | Case No. 4:15-CV-1754 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CENTRE COUNTY, | : | |
| TIMOTHY BOYDE, | : | |
| LOUIS T. GLANTZ, | : | |
| C. CHRIS EXARCHOS, | : | |
| STEVEN DERSHEM, | : | |
| MICHAEL PIPE, et. al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

May 11, 2016

In accordance with the Memorandum Opinion issued this date, **IT IS ORDERED THAT** the Motion to Dismiss of Defendants Centre County, Timothy Boyde, Louis T. Glantz, C. Chris Exarchos, Steven Dershem, and Michael Pipe is GRANTED in part and DENIED in part. ECF No. 27.

All claims are dismissed with final judgment in Defendant's favor, with the exception of Count XII, Plaintiff's *Fourth Amendment* search and seizure claim. Plaintiff has leave to amend that claim, and that claim alone, in accordance with the memorandum issued today's date by June 1, 2016.

If an amended complaint is not filed by that date **or** if the amended complaint filed does not comply with the memorandum opinion issued this date, the matter will be dismissed pursuant to Federal Rule of Civil Procedure 41.

BY THE COURT:

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge